MR

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

FILED 5/7/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

1:24-cv-03819
Judge Lindsay C. Jenkins
Magistrate Judge Jeffrey Cole
RANDOM / CAT. 5

JXM

| | |
|---|---|
| Crews | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV23-1236-PHX-JJT |
| Tanpri Media & Arts Incorporated, et al. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/27/2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 04/29/2024

**DEBRA LUCAS**
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | NO. CV-23-01236-PHX-JJT |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Tanpri Media & Arts Incorporated, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendants Tanpri Media & Arts, Inc., dba Consumer Legal Request; Elizabeth Beauvil; and Matthew Capizzoli jointly and severally in the amount of $19,247.70, which amount includes the following authorized components: $18,000 in statutory damages, which is calculated over the twelve distinct ATDS-administered calls (11) and robocall (1), assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees; and $845.70 in service fees.

Debra D. Lucas
District Court Executive/Clerk of Court

March 27, 2024

By  s/ Erica Aragon
    Deputy Clerk

I hereby attest and certify on 4/29/2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234
jason.crews@gmail.com
(602) 295-1875


Everett McKinley Dirksen United States Courthouse
Clerk's Office
Attn: Intake Department
219 South Dearborn Street
Chicago, IL 60604

May 3, 2024

Re: Registration of Foreign Judgment in New Case

To Whom It May Concern:

Please register the following foreign judgment, entered in the U.S. District of Arizona.

Defendant(s): Tanpri Media & Arts, Inc, Matthew Capozzoli, and Elizabeth Beauvil.

Attached please find:

1. Civil Coversheet
2. Clerks certification of a Judgment to be Registered in Another District, AO-451, dated 4/29/2024.
3. Certified copy of Judgment, $18,000 + fees.
4. Miscellaneous Case Filing Fee Check, $52.

The total amount of the judgment is $19,247.70.

If you have any questions, please contact me.

Sincerely,

Jason Crews



# U.S. District Court

## Illinois Northern - Chicago

**THIS IS A COPY**

Jason Crews

Receipt Date: May 7, 2024 3:51PM

Rcpt. No: 100005930    Trans. Date: May 7, 2024 3:51PM    Cashier ID: #GM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 121 | Registration of Foreign Judgment | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1028 | 05/2/2024 | $52.00 |

Total Due Prior to Payment: $52.00

Total Tendered: $52.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 050724-100

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

05072410088



Northern District of Illinois, Eastern Division
Clerks Office, Attn: Intake Deapartment
219 South Dearborn Street,
Chicago, IL 60604

RECEIVED
2024 MAY -7 AM 9:24